IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| DANNY WISNER, | ) | |
| | ) | |
| Plaintiff, | ) | C14-4031-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| CITY OF SIOUX CITY, BOB SCOTT, JOHN FITCH, BRIDEY HAYES, JADE DUNDAS, BRIAN FAHRENDHOLZ, BRAD BALDWIN, and PATRICK SIMONS, | ) | IN A CIVIL CASE |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Danny Wisner, take nothing and this matter is dismissed.

Dated: March 20, 2015

ROBERT L. PHELPS
Clerk

/s/ djs
(By) Deputy Clerk